ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWNNA LYNN GODINHO,<br><br>   Plaintiff,<br><br>  vs.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:25-cv-02668-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from January 19, 2026, up to and including March 23, 2026.  This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned has several competing deadlines in pending cases.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 12, 2026

/s/ *Francesco Benavides*
(*as authorized via e-mail on January 12, 2026)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: January 12, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 23, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED:  January 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-cv-02668-AC                    2