ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNNA LYNN GODINHO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of Social Security,<br><br>　　　Defendant. | ) CIVIL NO. 2:25-cv-02668-AC<br>)<br>) **STIPULATION TO VOLUNTARY**<br>) **REMAND PURSUANT TO SENTENCE**<br>) **FOUR OF 42 U.S.C. § 405(g) AND TO**<br>) **ENTRY OF JUDGMENT; [~~PROPOSED~~]**<br>) **ORDER**<br>)<br>)<br>)<br>) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will direct that a different Administrative Law Judge provide the claimant an opportunity for a new hearing; reevaluate the opinion evidence; reevaluate the claimant's alleged symptoms; reevaluate the claimant's residual functional capacity; obtain supplemental vocational evidence at steps four and/or five of the sequential

evaluation process as necessary; and issue a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  March 2, 2026

*/s/ Francesco Benavides\**
FRANCESCO BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on March 2, 2026

Dated: March 2, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   */s/ Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED:  March 2, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND